**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   In re | No. 06-5294 MMC |
| 12   MANUEL GALVEZ, | Bankruptcy No. 06-30278 DM7 Adversary Proceeding No. 06-3107 DM |
| 13         Debtor | |
| 14 _____ | **ORDER DIRECTING DEFENDANT BANK OF AMERICA CORPORATION TO FILE COPIES OF CERTAIN DOCUMENTS PREVIOUSLY FILED IN BANKRUPTCY COURT** |
| 15   MANUEL GALVEZ, | |
|         Plaintiff, | |
| 16 | |
|         v. | |
| 17 | |
|      BANK OF AMERICA, et al., | |
| 18 | |
|         Defendants | |
| 19 _____/ | |

20

21         The Clerk of the Bankruptcy Court has forwarded to the District Court a copy of the

22   Motion for Order Regarding Limited Withdrawal of the Bankruptcy Reference, filed July 24,

23   2006 with the Clerk of the Bankruptcy Court by defendant Bank of America Corporation.  In

24   the motion, defendant requests that the District Court withdraw the reference to the

25   Bankruptcy Court with respect to an adversary proceeding filed by debtor Manuel Galvez

26   against defendant.

27         In order to facilitate the Court's review of this matter, defendant is hereby

28   DIRECTED to electronically file with the Clerk of the District Court, no later than September

1   15, 2006, copies of the following documents, each of which has previously been

2   electronically filed with the Clerk of the Bankruptcy Court:

3       1. Plaintiff's complaint, filed in the Bankruptcy Court on June 3, 2006;

4       2. Certificate of Service, filed in the Bankruptcy Court on June 18, 2006;

5       3. Plaintiff's Initial Disclosures, filed in the Bankruptcy Court on June 18, 2006;

6       4. Declaration of Monique Jewett-Brewster in Support of Motion for Order

7   Regarding Limited Withdrawal of the Bankruptcy Referenced, filed in the Bankruptcy Court

8   on July 24, 2006.[1]

9       5. Statement of Non-Opposition to Motion for Order Regarding Limited Withdrawal

10  of the Bankruptcy Reference, filed in the Bankruptcy Court on July 24, 2006;

11      6. Supplemental Brief/Memorandum, filed in the Bankruptcy Court on August 14,

12  2006; and

13      7. Order Regarding Motion for Limited Withdrawal of Reference, filed in the

14  Bankruptcy Court on August 16, 2006

15      Additionally, defendant shall provide, no later than September 18, 2006, chambers

16  copies of each of the above-referenced documents.  See General Order No. 45, section

17  VI.G.

18      Unless the parties are otherwise advised, the Court will take defendant's motion to

19  withdraw under submission as of September 18, 2006; defendant shall disregard the

20  Clerk's notice dated August 30, 2006, directing defendant to notice the motion for hearing.

21      **IT IS SO ORDERED.**

22

23  Dated:  September 1, 2006

24      MAXINE M. CHESNEY
    United States District Judge

25

26

27      [1]The Clerk of the District Court has filed herein a copy of defendant's motion, and has obtained a chambers copy thereof, but without the supporting declaration.

28  Consequently, defendant need not electronically file herein the motion itself, only the supporting declaration.