IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MANUEL GALVEZ,<br><br>    Debtor<br>_____<br>MANUEL GALVEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants<br>_____/ | No. 06-5294 MMC<br><br>Bankruptcy No. 06-30278 DM7<br>Adversary Proceeding No. 06-3107 DM<br><br>**ORDER DIRECTING DEFENDANT BANK OF AMERICA CORPORATION TO FILE COPIES OF CERTAIN DOCUMENTS PREVIOUSLY FILED IN BANKRUPTCY COURT** |

    The Clerk of the Bankruptcy Court has forwarded to the District Court a copy of the Motion for Order Regarding Limited Withdrawal of the Bankruptcy Reference, filed July 24, 2006 with the Clerk of the Bankruptcy Court by defendant Bank of America Corporation.  In the motion, defendant requests that the District Court withdraw the reference to the Bankruptcy Court with respect to an adversary proceeding filed by debtor Manuel Galvez against defendant.

    In order to facilitate the Court's review of this matter, defendant is hereby DIRECTED to electronically file with the Clerk of the District Court, no later than September

15, 2006, copies of the following documents, each of which has previously been electronically filed with the Clerk of the Bankruptcy Court:

    1. Plaintiff's complaint, filed in the Bankruptcy Court on June 3, 2006;

    2. Certificate of Service, filed in the Bankruptcy Court on June 18, 2006;

    3. Plaintiff's Initial Disclosures, filed in the Bankruptcy Court on June 18, 2006;

    4. Declaration of Monique Jewett-Brewster in Support of Motion for Order Regarding Limited Withdrawal of the Bankruptcy Referenced, filed in the Bankruptcy Court on July 24, 2006.[1]

    5. Statement of Non-Opposition to Motion for Order Regarding Limited Withdrawal of the Bankruptcy Reference, filed in the Bankruptcy Court on July 24, 2006;

    6. Supplemental Brief/Memorandum, filed in the Bankruptcy Court on August 14, 2006; and

    7. Order Regarding Motion for Limited Withdrawal of Reference, filed in the Bankruptcy Court on August 16, 2006

    Additionally, defendant shall provide, no later than September 18, 2006, chambers copies of each of the above-referenced documents. See General Order No. 45, section VI.G.

    Unless the parties are otherwise advised, the Court will take defendant's motion to withdraw under submission as of September 18, 2006; defendant shall disregard the Clerk's notice dated August 30, 2006, directing defendant to notice the motion for hearing.

    **IT IS SO ORDERED.**

Dated: September 1, 2006

                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] The Clerk of the District Court has filed herein a copy of defendant's motion, and has obtained a chambers copy thereof, but without the supporting declaration. Consequently, defendant need not electronically file herein the motion itself, only the supporting declaration.