IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MANUEL GALVEZ,<br><br>    Debtor<br>_____<br>MANUEL GALVEZ,<br><br>    Plaintiff,<br>  v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants<br>_____/ | No. 06-5294 MMC<br><br>Bankruptcy No. 06-30278 DM7<br>Adversary Proceeding No. 06-3107 DM<br><br>**ORDER NOTIFYING COUNSEL OF FAILURE TO REGISTER AS ECF USER** |

A review of the file indicates that the following attorneys,

    Scott H. Jacobs
    Monique Jewett-Brewster
    Reed Smith LLP
    1999 Harrison Street, Suite 2400
    Oakland CA  94612-3572

have failed to register for electronic service in this e-filing case.  In an e-filing case, the Clerk does not serve counsel by mail with orders e-filed by the Court.  See General Order 45(IX)(D).  If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45.  Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: September 1, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge